# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: BOSMA, ERIC C | § Case No. 10-11466 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 12/17/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/15/2010      By: /s/ Michael G. Berland
                                          Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: BOSMA, ERIC C | § Case No. 10-11466 |
| | § |
| | § |
| Debtor(s) | § |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,113.09 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 10,113.09 |

**Balance on hand:** $ 10,113.09

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,113.09

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 1,761.29 | 0.00 | 1,761.29 |

       Total to be paid for chapter 7 administration expenses: $  1,761.29
       Remaining balance: $  8,351.80

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | N/A | | |

       Total to be paid for priority claims: $  0.00
       Remaining balance: $  8,351.80

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 48,060.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.4 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

**UST Form 101-7-NFR (10/1/2010)**

| 1 | TARGET NATIONAL BANK | 5,106.77 | 0.00 | 887.43 |
|---|---|---|---|---|
| 2 | GE Money Bank dba BLAIN'S FARM & FLEET/GEMB | 2,389.07 | 0.00 | 415.16 |
| 3 | American Infosource Lp As Agent for | 17,956.57 | 0.00 | 3,120.39 |
| 4 | Elan Financial Services | 22,607.81 | 0.00 | 3,928.66 |

Total to be paid for timely general unsecured claims:  $    8,351.64
Remaining balance:  $    0.16

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims:  $    0.00
Remaining balance:  $    0.16

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $    0.00
Remaining balance:  $    0.16

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhuley                Page 1 of 1                   Date Rcvd: Nov 16, 2010
Case: 10-11466                 Form ID: pdf006             Total Noticed: 21

The following entities were noticed by first class mail on Nov 18, 2010.
db           +Eric C Bosma,    1200 Fawn Lily Circle,    Joliet, IL 60431-8061
aty          +C David Ward,    Illini Legal Services Chartered,    2756 Route 34,    Oswego, IL 60543-8301
tr           +Michael G Berland,    1 N LaSalle St, No.1775,    Chicago, IL 60602-4065
15268862     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
15268860     +Bosma Eric C,    1200 Fawn Lily Circle,    Joliet, IL 60431-8061
15268861     +C David Ward,    2756 Route 34,    Oswego, IL 60543-8301
15268863      Card Member Service,    PO Box 6354,    Fargo, ND 58125-6354
15268864     +Dr. Doug Vaselakos,    700 Ravinia,    Orland Park, IL 60462-3700
15268867    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    38 Fountain Square,    Cincinnati, OH  45263)
15268866     +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
15624139     +GE Money Bank dba BLAIN'S FARM & FLEET/GEMB,    Care of Recovery Management Systems Corp,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15268869     +Orthospine Center Ltd.,    6450 W. College Drive,    Palos Heights, IL 60463-1774
15268870     +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
15521096     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
15268871      Target Nb,    C/o Target Credit Services,    Minneapolis, MN  55440-0673
15268865    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,    777 E Wisconsin Ave,    Milwaukee, WI  53202)
15673204    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,    Bankruptcy Department,    P.O. Box 5229,
               Cincinnati, OH 45201-5229)
15268872    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wachovia Dealer Services,    P.O. Box 1697,    Winterville, CA  92623)
15268873      Weltman, Weinberg & Reis Co., LPA,    PO Box 6719,    Cleveland, OH 44101-1719
The following entities were noticed by electronic transmission on Nov 17, 2010.
15667300      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2010 02:25:08
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
15268868     +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2010 02:46:30      Gemb/blains Farm & Fle,
               950 Forrer Blvd,    Kettering, OH 45420-1469
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2010**                    **Signature:** *Joseph Speetjens*